| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) WRIGHT, SUSAN W. | 2. Court or Organization EASTERN DISTRICT OF ARKANSAS | 3. Date of Report 05/06/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. DISTRICT JUDGE (Senior) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

UNITED STATES DISTRICT COURT
600 W. CAPITOL AVE., SUITE 522
LITTLE ROCK, AR 72201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/06/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Simmons Bank Account | A | Interest | K | T | | | | | |
| 2. Brokerage Acct. ▮▮▮ (IRA) (H) | | | | | | | | | |
| 3. - Money Market - Wells Fargo | A | Interest | L | T | | | | | |
| 4. - Altria Group Inc | A | Dividend | | | Buy (add'l) | 01/08/18 | J | | |
| 5. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 6. | | | | | Sold | 05/17/18 | K | B | |
| 7. - Apple Inc. | A | Dividend | K | T | Sold (part) | 01/08/18 | J | B | |
| 8. | | | | | Sold (part) | 07/31/18 | J | B | |
| 9. - IShares S&P US Preferred Stock | C | Dividend | K | T | Sold (part) | 01/08/18 | J | | |
| 10. - VANGUARD FTSE DEVELOPED MARKETS ETF | B | Dividend | | | Sold (part) | 01/08/18 | J | A | |
| 11. | | | | | Sold (part) | 07/05/18 | K | B | |
| 12. | | | | | Sold | 07/31/18 | L | D | |
| 13. - VANGUARD SHORT TERM ETF CORP BD | | None | | | Sold | 01/08/18 | L | | |
| 14. - PIMCO ACTIVE BOND EXCHANGE-TRADED FD BD (FORMERLY PIMCO TOT RET) | | None | | | Sold | 01/08/18 | L | | |
| 15. - ALPHABET INC VOTING CAP STK CL A | | None | K | T | Sold (part) | 01/08/18 | J | B | |
| 16. | | | | | Sold (part) | 03/15/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 17. | | | | | Sold<br>(part) | 07/31/18 | J | A | |
| 18.  - ISHARES S&P MIDCAP 400 VALUE | A | Dividend | K | T | Buy<br>(add'l) | 01/08/18 | K | | |
| 19. | | | | | Sold<br>(part) | 03/15/18 | K | D | |
| 20.  - ISHARES CORE S&P SMALL CAP 600<br>VALUE | A | Dividend | K | T | Buy<br>(add'l) | 01/08/18 | J | | |
| 21. | | | | | Sold<br>(part) | 03/15/18 | K | D | |
| 22. | | | | | Buy<br>(add'l) | 05/17/18 | J | | |
| 23.  - PIMCO FDS INCOME FD INSTL CL | C | Dividend | L | T | Buy<br>(add'l) | 01/08/18 | L | | |
| 24. | | | | | Sold<br>(part) | 05/18/18 | L | | |
| 25.  - AT&T INC | A | Dividend | | | Buy<br>(add'l) | 01/08/18 | J | | |
| 26. | | | | | Sold | 07/31/18 | K | | |
| 27.  - BERKSHIRE HATHAWAY INC SERIES<br>B NEW | | None | K | T | Sold<br>(part) | 01/08/18 | J | A | |
| 28. | | | | | Sold<br>(part) | 03/15/18 | J | A | |
| 29.  - CELGENE CORP | | None | | | Buy<br>(add'l) | 01/08/18 | J | | |
| 30. | | | | | Sold | 03/01/18 | K | | |
| 31.  - FACEBOOK INC CLASS A | | None | | | Sold<br>(part) | 01/08/18 | J | B | |
| 32. | | | | | Buy<br>(add'l) | 07/31/18 | J | | |
| 33. | | | | | Sold | 11/20/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. - INTEL CORP | A | Dividend | | | Sold (part) | 01/08/18 | J | A | |
| 35. | | | | | Sold (part) | 03/15/18 | J | B | |
| 36. | | | | | Sold | 07/31/18 | K | D | |
| 37. - INTERNATIONAL PAPER | A | Dividend | | | Buy (add'l) | 03/15/18 | J | | |
| 38. | | | | | Sold | 07/31/18 | K | D | |
| 39. - JPMORGAN CHASE & CO | A | Dividend | K | T | Sold (part) | 01/08/18 | J | B | |
| 40. | | | | | Sold (part) | 03/15/18 | J | A | |
| 41. - MERCK & CO INC NEW | A | Dividend | K | T | Buy (add'l) | 01/08/18 | J | | |
| 42. | | | | | Sold (part) | 07/31/18 | J | A | |
| 43. - VANGUARD INDEX FDS REAL ESTATE INDEX FD (FORMERLY VANGUARD REIT) | A | Dividend | | | Buy (add'l) | 01/08/18 | J | | |
| 44. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 45. | | | | | Sold (part) | 07/31/18 | J | A | |
| 46. | | | | | Sold | 08/23/18 | K | B | |
| 47. - DOUBLELINE FDS TR TOTAL RETURN BD FD CL I | C | Dividend | L | T | Buy (add'l) | 01/08/18 | K | | |
| 48. | | | | | Sold (part) | 05/18/18 | K | | |
| 49. - ANHEUSER BUSCH INBEV | A | Dividend | | | Buy (add'l) | 01/08/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. | | | | | Sold | 05/17/18 | K | | |
| 51.    - APPLIED MATERIALS INC | A | Dividend | | | Sold (part) | 01/08/18 | J | A | |
| 52. | | | | | Sold (part) | 03/15/18 | J | A | |
| 53. | | | | | Buy (add'l) | 07/31/18 | J | | |
| 54. | | | | | Sold | 11/01/18 | J | | |
| 55.    - D R HORTON INC | A | Dividend | | | Sold (part) | 01/08/18 | J | C | |
| 56. | | | | | Sold | 03/01/18 | K | C | |
| 57.    - HANESBRANDS INC | | None | | | Sold | 01/08/18 | K | | |
| 58.    - ISHARES TIP BOND ETF | | None | | | Sold | 01/08/18 | K | A | |
| 59.    - QUALCOMM INC | | None | | | Sold | 01/08/18 | K | C | |
| 60.    - SPDR S&P REGNL BNKG ETF | A | Dividend | | | Sold (part) | 03/15/18 | J | A | |
| 61. | | | | | Sold | 11/01/18 | K | | |
| 62.    - VANGUARD INTL EQUITY ETF INDEX FDS FTSE EMERGING MKTS ETF | A | Dividend | | | Buy (add'l) | 01/08/18 | J | | |
| 63. | | | | | Sold (part) | 03/15/18 | J | A | |
| 64. | | | | | Sold (part) | 07/05/18 | J | B | |
| 65. | | | | | Sold | 07/31/18 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. - PACIFIC FUNDS FLOATING RATE INCOME ADVISOR | D | Dividend | M | T | Sold (part) | 01/08/18 | J | | |
| 67. | | | | | Sold (part) | 03/15/18 | J | A | |
| 68. | | | | | Buy (add'l) | 05/18/18 | L | | |
| 69. | | | | | Sold (part) | 07/31/18 | J | | |
| 70. | | | | | Buy (add'l) | 08/23/18 | K | | |
| 71. - AETNA INC(NEW) | A | Dividend | | | Buy | 03/15/18 | K | | |
| 72. | | | | | Sold (part) | 07/31/18 | J | A | |
| 73. | | | | | Merged (with line 101) | 11/29/18 | K | C | |
| 74. - CVS HEALTH CORPORATION FMGR FR AETNA INC(NEW) | | None | J | T | Spinoff (from line 71) | 11/29/18 | J | | |
| 75. - CHEVRON CORPORATION | | None | | | Buy | 05/17/18 | K | | |
| 76. | | | | | Sold | 07/31/18 | K | | |
| 77. - CUMMINS INC | A | Dividend | | | Buy | 03/15/18 | K | | |
| 78. | | | | | Sold | 07/31/18 | K | | |
| 79. - ISHARES CORE S&P SMALL CAP 600 GROWTH | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 80. | | | | | Buy (add'l) | 05/17/18 | J | | |
| 81. - ISHARES RUSSELL MIDCAP GROWTH | A | Dividend | K | T | Buy | 03/15/18 | K | | |
| 82. - LOWES COMPANIES INC | A | Dividend | K | T | Buy | 03/08/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. | | | | | Sold (part) | 07/31/18 | J | A | |
| 84. - MORGAN STANLEY & CO | | None | K | T | Buy | 11/01/18 | K | | |
| 85. - TJX COS INC NEW | A | Dividend | K | T | Buy | 01/08/18 | K | | |
| 86. | | | | | Sold (part) | 03/15/18 | J | A | |
| 87. | | | | | Sold (part) | 07/31/18 | J | A | |
| 88. - VANGUARD INDEX FDS S&P 500 ETF | A | Dividend | | | Buy | 07/31/18 | M | | |
| 89. | | | | | Sold | 11/01/18 | M | | |
| 90. - VANGUARD INTL EQTY ETF INDEX FDS FTSE ALL WORLD EX US | A | Dividend | | | Buy | 07/31/18 | L | | |
| 91. | | | | | Sold | 11/01/18 | K | | |
| 92. - VANGUARD TOTAL INTL ETF STOCK INDEX FD | A | Dividend | K | T | Buy | 11/01/18 | K | | |
| 93. - VANGUARD TOTAL STOCK ETF MARKET ETF | B | Dividend | M | T | Buy | 11/01/18 | M | | |
| 94. | | | | | Buy (add'l) | 12/06/18 | L | | |
| 95. - AMERICAN FUNDS GROWTH FUND OF AMERICA CL F2 | | None | | | Buy | 07/10/18 | K | | |
| 96. | | | | | Sold | 11/20/18 | K | | |
| 97. - JANUS HENDERSON FUNDS GLOBAL REAL ESTATE FUND CLASS I | B | Dividend | K | T | Buy | 08/23/18 | K | | |
| 98. - LOCORR INVT TRUST MACRO STRATEGIES FUND CLASS I | | None | | | Buy | 01/08/18 | K | | |
| 99. | | | | | Buy (add'l) | 03/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/06/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. | | | | | Sold | 08/23/18 | K | | |
| 101.  WA Brok.Acct.6 (____ ) (H) | | | | | | | | | |
| 102.  - Wells Fargo Bank Co. Money Mkt. Acct. | A | Interest | L | T | | | | | |
| 103.  - University AR Univ Revs Various Fac- Fayetteville Ser A B/E OID 5.0% | A | Interest | | | Redeemed | 11/01/18 | J | A | |
| 104.  - University Cent AR Rev Rfdg Stdnt Fee Ser B B/E CPN 3.25%, 9/1/23 | A | Interest | J | T | | | | | |
| 105.  - Voya SmartDesign Variable Annuity - VY T. Rowe Price Capital Appre | A | Interest | K | T | | | | | |
| 106.  - WATSON CHAPEL AR SCH DIST 24 CONSTR G/O LTD CPN 4.25%, 6/1/40 | A | Interest | | | Redeemed | 12/03/18 | J | A | |
| 107.  - DILLARDS CAP TR I 7.5%, 8/1/38 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WRIGHT, SUSAN W. | 05/06/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investments and Trusts:

Line 2 - A heading for an IRA account. The underlying assets are reported on lines 3 through 100.

Line 101 - A heading for a brokerage account. The underlying assets are reported separately on lines 102 through 107, including the income, year-end values and transactions.

Line 105 - The Voya SmartDesign Variable Annuity is 100% invested in VY T. Rowe Price Capital Appreciation sub fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUSAN W. WRIGHT**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544